# UNITED STATES DISTRICT COURT

### Middle District of Alabama

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| HENRY MONTGOMERY | Case No. 2:15cr341-01-MHT |
| | USM No. 15812-002 |
| | Kacey Leigh Keeton |
| | Defendant's Attorney |

## THE DEFENDANT:

☑ admitted guilt to violation of condition(s)     1-6 of the petition     of the term of supervision.     (filed 9/18/19)

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

Violation 7 of the petition dismissed upon government's oral motion

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to live at a place approved by the the probation. | 07/24/2018 |
| 2 | The defendant failed to answer truthfully the questions asked by the probation officer. | 07/31/2018 |

The defendant is sentenced as provided in pages 2 through ___3___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  7898

Defendant's Year of Birth:    1970

City and State of Defendant's Residence:
Montgomery, AL

09/25/2019
Date of Imposition of Judgment

/s/ Myron H. Thompson
Signature of Judge

MYRON H. THOMPSON, U.S. DISTRICT JUDGE
Name and Title of Judge

10/02/2019
Date

DEFENDANT:  HENRY MONTGOMERY
CASE NUMBER:  2:15cr341-01-MHT

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 3 | The defendant failed to refrain from unlawful use of a controlled substance. | 07/31/2018 |
| 4 | The defendant failed to live at a place approved by the probation officer. | 01/11/2019 |
| 5 | The defendant failed to work full time (at least 30 hours per week) at a lawful type of employment. | 01/11/2019 |
| 6 | The defendant committed another federal, state or local crime. | 05/26/2019 |

DEFENDANT:  HENRY MONTGOMERY
CASE NUMBER: 2:15cr341-01-MHT

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

24 Months. The term of supervised release imposed on January 12, 2017 is revoked.

☑  The court makes the following recommendations to the Bureau of Prisons:

The court recommends that the defendant be designated as near as possible to Gainsville, Florida.

☑  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____ ☐ a.m.  ☐ p.m.   on _____ .

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL